**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

IN RE:                              )
WARD, LISA R.                       )        **BANKRUPTCY CASE 09-13836**
                                    )        **Chapter 7**
                                    )
          DEBTORS.                  )

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed

creditors were less than $5.00 each:

          Claim #3        GLA Collection Co., Inc.          $3.79
                          P.O. Box 7728, Dept. 002
                          Louisville, KY  40257

Total Check Amount =  $3.79

                              Respectfully submitted,

                              /s/ Dustin M. Roach
                              Dustin M. Roach, Chapter 7 Trustee
                              436 East Wayne Street
                              Fort Wayne, Indiana  46802
                              Telephone: 260-424-8132
                              dmrtrustee@vgtlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the  12th  day of August 2010, a true and correct copy of the

above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the

Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne

Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s)

listed above at the address(es) indicated.

                              /s/ Dustin M. Roach
                              Dustin M. Roach, Trustee